**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID ARTURO RENTERIA PEREZ, <br><br> Petitioner, <br><br> v. <br><br> PATRICK DIVVER, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement, et al., <br><br> Respondents. | Case No.: 3:26-cv-03412-RBM-DDL <br><br> **ORDER GRANTING JOINT MOTION TO DISMISS** <br><br> **[Doc. 7]** |

Before the Court is the Parties' Joint Motion to Dismiss.  (Doc. 7.)  The Parties represent that Petitioner filed two identical habeas petitions in error, and that they "stipulate to dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  The Court **GRANTS** the Joint Motion to Dismiss (Doc. 7).  The Clerk of Court is directed to close the case.

   **IT IS SO ORDERED.**

DATE:  June 15, 2026

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

1